IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, James M | Case Number: 05 B 63482 |
|---|---|---|
|  | Matthews-Smith, Shanne M | Judge: Hollis, Pamela S |
|  | Printed: 10/9/07 | Filed: 11/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 18, 2007
Confirmed: March 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,892.00 |  |
| Secured: |  | 1,636.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,551.50 |
| Trustee Fee: |  | 236.99 |
| Other Funds: |  | 5,467.19 |
| Totals: | 9,892.00 | 9,892.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Daniel J Winter | Administrative | 357.50 | 357.50 |
| 2. | Daniel J Winter | Administrative | 2,194.00 | 2,194.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 350.00 | 76.32 |
| 5. | Washington Mutual Home Loan | Secured | 39,849.09 | 1,560.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 86.00 | 0.00 |
| 7. | Wilton Industries | Unsecured | 2.23 | 0.00 |
| 8. | MCSI | Unsecured | 50.00 | 0.00 |
| 9. | City Of Chicago | Unsecured | 4.06 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 11.08 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 44.73 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 999.14 | 0.00 |
| 13. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 14. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 15. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 22. | Direct Tv | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 24. | EHS Trinity Hospital | Unsecured |  | No Claim Filed |
| 25. | Farmers Insurance Group | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** | Smith, James M | Case Number: 05 B 63482 |
|---|---|---|
| | Matthews-Smith, Shanne M | Judge: Hollis, Pamela S |
| | Printed: 10/9/07 | Filed: 11/16/05 |

| | | | | |
|---|---|---|---|---|
| 26. | First National Bank | Unsecured | | No Claim Filed |
| 27. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Money Control | Unsecured | | No Claim Filed |
| 31. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 32. | Oberweis Dairy | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 35. | University of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,947.83 | $ 4,187.82 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 173.09 |
| 5% | 60.88 |
| 4.8% | 1.93 |
| 5.4% | 1.09 |
| | _____ |
| | $ 236.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____